# SEALED

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Penny Ponce<br><br>*Defendant* | )<br>)  Case No.  SA-21-CR-449-XR (2)<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Penny Ponce   a/k/a  "Jen",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A) Conspiracy to Distribute and Possess with Intent to Distribute more than 1 Kilogram of a Mixture or Substance Containing Heroin;
COUNT 2: 18 U.S.C. § 371, 31 U.S.C. 5332 Conspiracy to Smuggle Bulk Cash Out of the United States;
COUNT 3: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) Aiding and Abetting
Possession with Intent to Distribute more than 100 Grams of a Mixture or Substance Containing Heroin.
(See Indictment for Additional Counts)

Date: 07/26/2023

*Issuing officer's signature*

City and state:  San Antonio, Texas         W. Garcia, U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print    Save As...    Reset